# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DFR APPAREL CO., INC.,

    Plaintiff,

v.

TRIPLE SEVEN PROMOTIONAL PRODUCTS, INC., *et al.*,

    Defendants.

Case No. 2:11-CV-01406-KJD-CWH

**ORDER**

    Presently before the Court is Plaintiff's Motion for Leave to File Out of Time (#14). Defendant filed a response in opposition (#15) to which Plaintiff replied (#16). Plaintiff seek an extension of time in which to file a late response to Defendants' motion to dismiss. Plaintiff asserts that he mis-calendared the date the opposition was due and then had a competing "emergency" arbitration issue. Plaintiff effectively moved for leave to file the opposition twelve to fifteen days late.

    Federal Rule of Civil Procedure 6 (b) allows a court to accept a late filing when the failure to act timely is the result of excusable neglect. Late filings caused by inadvertence, mistake or carelessness are permitted under the Rule with approval of the court. See Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. Partnership, 507 U.S. 380, 388 (1993). Here, Plaintiff has met his burden in

showing excusable neglect.  Furthermore, Defendants will not be prejudiced by allowing Plaintiff to file the document late.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Out of Time (#14) is **GRANTED**;

IT IS FURTHER ORDERED that Plaintiff file its opposition within seven (7) days of the entry of this order.

DATED this 17th day of April 2012.

_____
Kent J. Dawson
United States District Judge